**Vincent P. NERTAVICH, Jr.**

v.

**PPL ELECTRIC UTILITIES, KTA, KTA–Tator, Inc., KTA/Set Environmental, S–E Technologies, Inc., Alexander Andrew, Inc., d/b/a Falltech, Alexander Andrew, Inc., Falltech, Thomas & Betts Corp., Thomas & Betts Corp., d/b/a or t/a Meyer Steel Structures, f/k/a I.T.T.–Meyer Industries, f/k/a Meyer Industries, Meyer Steel Structures f/k/a I.T.T.–Meyer Industries, f/k/a Meyer Steel Structures, ITT–Meyer Industries, Meyer Industries, Meyer Machine, Inc. and Winola Industrial, Inc.**

**Appeal of Vincent P. Nertavich, Jr.**

Supreme Court of Pennsylvania.

Argued Sept. 10, 2015.
Decided Oct. 27, 2015.

Robert L. Byer, Esq., Pittsburgh, Sarah O'Laughlin Kulik, Esq., Duane Morris LLP, Philadelphia, for Chamber of Commerce of the United States of America, Amicus Curiae, National Federation of Independent Business Small Business Legal Center, Amicus Curiae, Pennsylvania Chamber of Business and Industry, Amicus Curiae.

John Jacob Hare, Esq., Marshall, Dennehey, Warner, Coleman & Goggin, P.C., Philadelphia, for Pennsylvania Defense Institute, Amicus Curiae.

William H. Lamb, Esq., Maureen Murphy McBride, Esq., Scot Russel Withers, Esq., Lamb McErlane, PC, West Chester,

for Energy Association of Pennsylvania, Amicus Curiae.

Stewart Lee Cohen, Esq., Joel Rosen, Esq., Cohen, Placitella & Roth, P.C., Philadelphia, for Vincent P. Nertavich, Jr.

Edward Michael Koch, Esq., Andrew Franklin Susko, Esq., White and Williams, L.L.P., Philadelphia, for PPL Electric Utilities Corp.

Samuel William Silver, Esq., Schnader Harrison Segal & Lewis LLP, Philadelphia, for Thomas & Betts Corp., Thomas & Betts Corp. d/b/a or t/a Meyer Steel Structures, etc.

### ORDER

PER CURIAM.

AND NOW, this 27th day of October 2015, the Order of the Superior Court is **AFFIRMED**.